UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **GARRY NEIL PRATER**<br>**DOC # 130947** | **CIVIL ACTION NO. 09-305** |
| | **SECTION P** |
| **VS.** | **JUDGE MINALDI** |
| **JERRY EVANS, ET AL** | **MAGISTRATE JUDGE KAY** |

### MEMORANDUM ORDER

Before the court is a *pro se* civil rights complaint filed by plaintiff Garry Prater. Plaintiff is an inmate in the custody of Louisiana's Department of Public Safety and Corrections incarcerated at the Beauregard Parish Jail, DeRidder, Louisiana.

Plaintiff asked to be allowed to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. §1915. [Doc. #4 ]. On March 12, 2009, his motion was granted. [Doc. #6]. Further review of the court records reveals that plaintiff has filed at least eleven (11) lawsuits and at least three complaints were dismissed as frivolous and/or for failure to state a claim.[1]

According to 28 U.S.C. §1915, "Proceedings in forma pauperis":

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

---

[1] See, *Prater v. Peshon*, et al, 97-cv-1901; *Prater v. Burton*, et al, 01-cv-1141; *Prater v. Phelps Correctional Center*, et al, 04-cv-886; and, *Prater v. Monical*, et al, 96-cv-2670.

1

Plaintiff's present claims center on complaints that excessive force was used when he was arrested, and that he was denied adequate medical care. He prays for injunctive relief, and compensatory damages. He makes no factual allegations to support a finding that he is "in imminent danger of serious physical injury."

In short, plaintiff is not eligible to proceed *in forma pauperis* in this matter. Therefore, **IT IS ORDERED** that plaintiff's *in forma pauperis* status [Doc. #6] is hereby **REVOKED** and **RESCINDED;**

**IT IS FURTHER ORDERED** that in order for this complaint to remain viable, plaintiff must pay the full filing fee of $350.00 within twenty (20) days from the date of this order. **<u>FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.</u>**

**THUS DONE AND SIGNED** in Chambers, in Lake Charles, Louisiana this 11th day of May, 2009.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE